UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOAN BURTON, as Personal Representative of the Estate of Elizabeth Loban,

vs.                                    Case No.  2:04-cv-636-FtM-33DNF

MARRIOTT SENIOR LIVING SERVICES, INC., also known as Marriott Continuing Care, Inc., doing business as Calusa Harbour, SUNRISE SENIOR LIVING SERVICES, INC., doing business as Sunrise Continuing Care, LLC doing business as Calusa Harbour,

Defendants.
_____

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Doc. #20) filed on July 28, 2005. The parties stipulate that the matter has been settled and request that the matter be dismissed with prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:** that this case is **DISMISSED** with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with each side bearing its own attorneys' fees and costs. All liens and subrogative interests and rights for reimbursement shall be paid by Plaintiff out of the proceeds of the settlement. The Clerk is directed to enter judgment accordingly and close the file. The

Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 1st day of August, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies:

All Counsel of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JOAN BURTON as Personal Representative
of the Estate of ELIZABETH LOBAN,

    Plaintiff,

v.

Case No. 2:04-cv-636-FtM-33 DNF

MARRIOTT SENIOR LIVING SERVICES, INC.
a/k/a MARRIOTT CONTINUING CARE, INC.
d/b/a CALUSA HARBOUR and SUNRISE
SENIOR LIVING SERVICES, INC., d/b/a
SUNRISE CONTINUING CARE, LLC, d/b/a
CALUSA HARBOUR, a nursing home,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, JOAN BURTON as Personal Representative of the Estate of ELIZABETH LOBAN, deceased, hereby stipulates and agrees to dismiss with prejudice all claims filed herein against Defendants, MARRIOTT SENIOR LIVING SERVICES, INC. a/k/a MARRIOTT CONTINUING CARE, INC. d/b/a CALUSA HARBOUR and SUNRISE SENIOR LIVING SERVICES, INC., d/b/a SUNRISE CONTINUING CARE, LLC, d/b/a CALUSA HARBOUR, a nursing home, the respective parties to bear their own costs and attorneys' fees. All liens and subrogative interests and rights for reimbursement shall be paid by Plaintiff out of the proceeds of the amicable settlement which is the basis of this Joint Stipulation for Dismissal.

| | |
|---|---|
| JAY CALVERT COOPER, ESQUIRE | DIANE I. ZUCKERMAN, ESQUIRE |
| COOPER & NELSON, LLP | STEPHENS, LYNN, KLEIN, LA CAVA, |
| 1404 Dean St., Suite 301 | HOFFMAN & PUYA, P.A. |
| Ft. Myers, FL 33902 | 101 East Kennedy Boulevard, Suite 2500 |
| ATTORNEY FOR PLAINTIFF | Tampa, Florida 33602 |
| FBN # 599832 | ATTORNEYS FOR DEFENDANT |
| | FBN# 0752592 |